IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3032-2 |
| | ) | |
| V. | ) | |
| | ) | |
| ADELFO JUNIOR SOTO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a section 2255 motion, but it is not signed under penalty of perjury. Therefore, it is ordered that:

(1) The motion under 28 U.S.C. § 2255 (filing 158) is denied.

(2) The defendant has until May 27, 2013 to file a new motion properly signed under penalty of perjury.

DATED this 25th day of April, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge