IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:11CR3032** |
| vs. | |
| ADELFO JUNIOR SOTO, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) Defendant's unopposed motion to review detention, (Filing No. 203), is granted.

2) Defendant is released subject to the following:

   a. Defendant shall appear at a revocation hearing to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:30 p.m. on May 14, 2020.

   b. The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

   c. On March 24, 2020, Defendant shall reside in the Residential Reentry Center (RRC), for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer. Defendant shall observe the rules of that facility. Defendant may be discharged earlier than 180 days by the probation officer if he is determined to be in full compliance with the conditions of supervision.

   d. If the defendant is discharged from the RRC for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

e. The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

f. This order does not moot the pending petition for an offender under supervision.

Dated this 12th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge