IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ADELFO JUNIOR SOTO,<br><br>    Defendants. | 4:11CR3032<br><br>**ORDER** |

  Because of the pandemic,

  IT IS ORDERED that the defendant will remain in custody until he can be placed in a Residential Reentry Center. The probation officer shall track this matter. The Clerk shall provide the United States Marshals Service with a copy of this order.

  Dated this 20th day of March, 2020.

            BY THE COURT:

            *Richard G Kopf*
            Richard G. Kopf
            Senior United States District Judge